IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BILLINGNETWORK PATENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 09 CV 04690 |
| | ) | |
| AMERICAN BUSINESS SYSTEMS LLC, | ) | Judge James B. Zagel |
| ECOGNIZE LLC, EMDEON BUSINESS SERVICES, LLC, ELECTRONIC NETWORK SYSTEMS, INC., HEALTH HIGHWAY, INC., and WAITING ROOM SOLUTIONS LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on **November 24, 2009, at 10:15 am**, or as soon thereafter as counsel may be heard, Defendant Electronic Network Systems, Inc. ("ENS") and Plaintiff Billingnetwork Patent, Inc.'s ("BNP") shall appear before the Honorable Judge Zagel, or any other judge sitting in his stead, in the United States District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 2503, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then present the **PLAINTIFF BILLINGNETWORK PATENT, INC'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT.**

                                                    Respectfully submitted,

By:    */s/ Anna B. Folgers*
           Timothy Haller
           Anna B. Folgers
           Niro, Scavone, Haller & Niro, Ltd.
           181 W. Madison St., Suite 4600
           Chicago, IL 60602
           Telephone: 312/236-0733
           Facsimile: 312/236-3117
           thaller@nshn.com
           afolders@nshn.com

**Error! Unknown document property name.**

# CERTIFICATE OF SERVICE

On November 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8830
***Attorney for Emdeon Business Services, LLC***

By:  s/ Anna Folgers
Anna Folgers
Niro, Scavone, Haller & Niro, Ltd.
181 W. Madison Street, Suite 4600
Chicago, IL 60602
Telephone: 312/236-0733
Facsimile: 312/236-3137
afolgers@nshn.com